■ NORTHLAND CONTAINER CORP., Respondent, v MICHAEL J. PALENSCAR, Defendant, and C-R REALTY ASSOCIATES, Appellant. — Judgment unanimously affirmed, with costs, on the opinion at Trial Term, Murphy, J. (Appeal from judgment of Onondaga Supreme Court, Murphy, J. — lease.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.